IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CYRUS, ) | No. C 10-03615 EJD (PR) |
| Petitioner, ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| vs. ) | |
| RANDY GROUNDS, Warden, ) | |
| Respondent. ) | |
| ) | (Docket No. 11) |

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state conviction. On April 25, 2011, Petitioner was notified that the case was reassigned to this Court for all further proceedings. (Docket No. 9.) The notice also directed all parties to file a "Joint Case Management Statement" within ten days of the date of the notice. (Id. at 2.) On May 16, 2011, Petitioner filed a motion for extension of time to file the case management statement. (Docket No. 11.) The motion is GRANTED, such that the case management statement filed on the same date is deemed timely filed.

    This order terminates Docket No. 11.

DATED: June 23, 2011

EDWARD J. DAVILA
United States District Judge

Order Granting EOT
P:\PRO-SE\SJ.EJD\HC.10\Cyrus03615_re notice.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CYRUS,

        Petitioner,

v.

RANDY GROUNDS, Warden,

        Respondent.

Case Number: CV10-03615 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/24/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Cyrus E-27346
CTF
G-308-L
P.O. Box 689
Soledad, CA 93960-0689

Dated: 6/24/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk